AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ITG BRANDS, LLC, a Texas limited liability company, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:20-cv-03152-SMJ |
| INNOVATIVE SOURCING, INC., a Washington corporation, | ) |
| *Defendant* | ) |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 01, 2021**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered against the Defendant on each of Plaintiff's claims for federal trademark infringement in violation of 15 U.S.C. §1114, et seq.; common law trademark infringement in violation of 15 U.S.C. § 1125(a); federal trademark dilution in violation of 15 U.S.C. § 1125(c); violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d); federal unfair competition in violation of 15 U.S.C. § 1125(a); common law unfair competition; and violation of the Washington Consumer Protection Act in violation of RCW 19.86.020 et seq, as set forth in the Injunction Order entered on March 1, 2021, ECF No. 21.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a Stipulated Motion for Entry of Injunction and Judgment (ECF No. 20).

Date: 03/01/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams